PFE/RLW: June
2023 GJ#29

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CASE NO:** |
| ) | |
| **ADEN WILLIS YEAGER**    ) | |

## INDICTMENT

**COUNT ONE:** [18 U.S.C. §§ 2251(a) and (e)]

The Grand Jury charges that:

Between on or about April 24, 2020, and on or about October 17, 2020, a more specific date being unknown to the Grand Jury, in Tuscaloosa County, within the Northern District of Alabama, and elsewhere, the defendant,

**ADEN WILLIS YEAGER**,

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen (18) years, to wit: Minor 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in

and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO:  [18 U.S.C. § 2422(b)]**

The Grand Jury charges that:

Between on or about April 24, 2020, and on or about October 17, 2020, a more specific date being unknown to the Grand Jury, in Tuscaloosa County, within the Northern District of Alabama, and elsewhere, the defendant,

**ADEN WILLIS YEAGER**,

did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to wit: Minor 1, to engage in any sexual activity for which any person could be charged with a criminal offense, namely, Sexual Exploitation of Children in violation of 18 U.S.C. Section 2251(a), all in violation of Title 18 United States Code, Section 2422(b).

**COUNT THREE:  [18 U.S.C. §§ 2252A(a)(1) and (b)(1)]**

The Grand Jury charges that:

Between on or about November 13, 2019, and on or about November 19, 2020, a more specific date being unknown to the Grand Jury, in Tuscaloosa County, within the Northern District of Alabama, and elsewhere, the defendant,

**ADEN WILLIS YEAGER**,

did knowingly attempt to and did transport any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

**COUNT FOUR: [18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)]**

The Grand Jury charges that:

On or about November 19, 2020, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**ADEN WILLIS YEAGER,**

did knowingly possess and access with intent to view a computer, computer disk, and any other material that contains an image of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained twelve (12) years of age, that has been mailed, and shipped and transported

using any means and facility of interstate and foreign commerce, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

*/s/  Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/  Electronic Signature*
R. LEANN WHITE
Assistant United States Attorney