Case 7:23-cr-00180-LSC-NAD   Document 5   Filed 07/26/23   Page 1 of 8
Case 3:23-mj-00434-RSE   Document 5   Filed 07/06/23   Page 1 of 3 PageID 8

FILED
2023 Jul-26  PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 472 (Rev. 11/16) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | 7:23-cr-180-LSC-SGC |
| ADEN WILLIS YEAGER | ) | ND/AL |
| | ) Case No. 3:23-MJ-434 | |
| *Defendant* | ) | |

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☑ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1), or
☐ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2)

the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

### Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:
   ☐ **(1)** the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):
      ☐ **(a)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C.
         § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**
      ☐ **(b)** an offense for which the maximum sentence is life imprisonment or death; **or**
      ☐ **(c)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the
         Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act
         (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); **or**
      ☐ **(d)** any felony if such person has been convicted of two or more offenses described in subparagraphs
         (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses
         described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal
         jurisdiction had existed, or a combination of such offenses; **or**
      ☐ **(e)** any felony that is not otherwise a crime of violence but involves:
         **(i)** a minor victim; **(ii)** the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921);
         **(iii)** any other dangerous weapon; or **(iv)** a failure to register under 18 U.S.C. § 2250; *and*
   ☐ **(2)** the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C.
      § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise
      to Federal jurisdiction had existed; *and*
   ☐ **(3)** the offense described in paragraph (2) above for which the defendant has been convicted was
      committed while the defendant was on release pending trial for a Federal, State, or local offense; *and*
   ☐ **(4)** a period of not more than five years has elapsed since the date of conviction, or the release of the
      defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

AO 472 (Rev. 11/16) Order of Detention Pending Trial

☑ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

- ☐ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);
- ☐ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;
- ☐ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;
- ☐ **(4)** an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**
- ☑ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☑ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

☑ The defendant has not introduced sufficient evidence to rebut the presumption above, and detention is ordered on that basis. *(Part III need not be completed.)*

**OR**

☐ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

### Part III - Analysis and Statement of the Reasons for Detention

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☑ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☐ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

- ☑ Weight of evidence against the defendant is strong
- ☐ Subject to lengthy period of incarceration if convicted
- ☐ Prior criminal history
- ☐ Participation in criminal activity while on probation, parole, or supervision
- ☐ History of violence or use of weapons
- ☐ History of alcohol or substance abuse
- ☐ Lack of stable employment
- ☐ Lack of stable residence
- ☐ Lack of financially responsible sureties

AO 472 (Rev. 11/16) Order of Detention Pending Trial

- ☐ Lack of significant community or family ties to this district
- ☐ Significant family or other ties outside the United States
- ☐ Lack of legal status in the United States
- ☐ Subject to removal or deportation after serving any period of incarceration
- ☐ Prior failure to appear in court as ordered
- ☐ Prior attempt(s) to evade law enforcement
- ☐ Use of alias(es) or false documents
- ☐ Background information unknown or unverified
- ☐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

### Part IV - Directions Regarding Detention

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date:

*Colin H. Lindsay, Magistrate Judge*
*United States District Court*

United States Magistrate Judge

# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | CRIMINAL ACTION NUMBER: 3:23-MJ-434 |
| **ADEN WILLIS YEAGER** | 7:23-cr-180-LSC-SGC ND/AL **DEFENDANT** |

### ORDER



The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, on July 5, 2023 to conduct a detention hearing and removal proceedings.

### APPEARANCES

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant Aden Willis Yeager - Present and in custody<br>Steven R. Romines, retained - Present |
| Court Reporter: | Digitally recorded |

Upon motion of the United States,

**IT IS HEREBY ORDERED** that the Indictment is **UNSEALED**.

The Court orally reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The Court having heard arguments from counsel as to the matter of detention and for the reasons fully stated on the record,

**IT IS FURTHER ORDERED** that the defendant is detained and remanded to the custody of the United States Marshal pending transport to the Northern District of Alabama for future proceedings.

Colin H Lindsay, Magistrate Judge
United States District Court

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

1|10

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:23-MJ-00434

FILED
2023 JUL 26 P 2:00
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,     PLAINTIFF

v.     7:23-cr-180-LSC-SGC ND/AL

ADEN WILLIS YEAGER,     DEFENDANT

### ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

# United States District Court
## Western District of Kentucky
### at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | **CRIMINAL ACTION NUMBER: 3:23-MJ-434** |
| **ADEN WILLIS YEAGER** | **DEFENDANT** |

2023 JUL 26 P 2:00

7:23-cr-180-LSC-SGC
ND/AL

### ORDER

On June 30, 2023, Regina S. Edwards, United States Magistrate Judge, held an initial appearance via video conference on an Indictment from the Northern District of Alabama (Case Number 7:23CR-180-LSC-SGC). Assistant United States Attorney Jo E. Lawless appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Detention Center. Steven Romines, retained counsel, appeared on behalf of the defendant. The proceeding was digitally recorded.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of Indictment, was advised of the nature of the charges contained therein and was advised of his rights.

The defendant, through counsel, consented to proceed with initial appearance via video conference.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that the matter is **CONTINUED** to **July 5, 2023, at 3:30 p.m.** in Courtroom for a removal and detention hearing before Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to custody of United States Marshals Service pending further order of the Court.

:10

Regina S. Edwards, Magistrate Judge
United States District Court

# U.S. District Court
## Western District of Kentucky (Louisville)
### CRIMINAL DOCKET FOR CASE #: 3:23-mj-00434-RSE-1

7:23-cr-180-LSC-SGC  ND/AL

Case title: USA v. Yeager

Date Filed: 06/30/2023

---

Assigned to: Magistrate Judge Regina S. Edwards

### Defendant (1)

**Aden Willis Yeager**
*also known as*
Seal 1

represented by **Steven R. Romines**
Romines Weis & Young, PSC
600 W. Main Street, Suite 100
Louisville, KY 40202
502-587-8822
Fax: 502-568-3600
Email: sromines@rominesweisyoung.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Removal from ND/AL | |

---

### Plaintiff

**USA**   represented by **Jo E. Lawless**
U.S. Attorney Office – Louisville
717 W. Broadway

1

Louisville, KY 40202
502-625-7065
Fax: 502-582-5097
Email: jo.lawless@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2023 | 5 | ORDER OF DETENTION PENDING TRIAL by Magistrate Judge Colin H. Lindsay on 7/6/23 as to Aden Willis Yeager cc: Counsel (DJT) (Entered: 07/07/2023) |
| 07/06/2023 | 4 | ORDER from proceedings held before Magistrate Judge Colin H. Lindsay; Detention Hearing as to Aden Willis Yeager held on 7/5/2023: IT IS HEREBY ORDERED that the Indictment is UNSEALED. The Court orally reminded the United States of its prosecutorial obligation under Brady v. Maryland, 373 U.S. 83 (1963), and the consequences of violating the same. The Court having heard arguments from counsel as to the matter of detention and for the reasons fully stated on the record, IT IS FURTHER ORDERED that the defendant is detained and remanded to the custody of the United States Marshal pending transport to the Northern District of Alabama for future proceedings. (Court Reporter Digitally Recorded.) cc: Counsel, USP (DJT) (Entered: 07/07/2023) |
| 07/06/2023 | 3 | ORDER Pursuant to Due Process Protections Act by Magistrate Judge Colin H. Lindsay on 7/6/23; as to Aden Willis Yeager cc: Counsel (DJT) (Entered: 07/07/2023) |
| 07/05/2023 | 2 | ORDER by Magistrate Judge Regina S. Edwards on 6/30/23; as to Aden Willis Yeager : IT IS HEREBY ORDERED that the matter is CONTINUED to 7/5/2023, at 3:30 p.m. in Courtroom for a removal and detention hearing before Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to custody of United States Marshals Service pending further order of the Court. cc: Counsel (DJT) (Entered: 07/07/2023) |
| 07/05/2023 |  | Case unsealed as to Seal 1 (JM) (Entered: 07/06/2023) |
| 06/30/2023 |  | Proceedings held before Magistrate Judge Regina S. Edwards; Initial Appearance in Rule 5(c)(3) Proceedings as to Aden Willis Yeager held on 6/30/2023 Appearance entered by Jo E. Lawless for USA,Steven R. Romines for Aden Willis Yeager on behalf of defendant. (Court Reporter Digitally Recorded.) (DJT) (Entered: 07/07/2023) |
| 06/30/2023 | 1 | Rule 5 Documents Received from as to Seal 1. (SRH) (Entered: 06/30/2023) |
| 06/30/2023 |  | Arrest (Rule 5) of Seal 1. (SRH) (Entered: 06/30/2023) |

2