FILED

2024 Jul-19  PM 05:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER |
| Plaintiff, | ) | |
| | ) | 7:23-cr-180-LSC-SGC |
| v. | ) | |
| | ) | |
| ADEN WILLIS YEAGER | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT YEAGER'S SENTENCING MEMORANDUM

COMES NOW, the defendant in the above styled proceeding, ADEN WILLIS YEAGER, by and through his undersigned counsel and hereby submits the following sentencing memorandum to this Honorable Court:

1. Defendant respectfully requests a reasonable sentence under the circumstances of this case taking into consideration the sentencing factors of 18 U.S.C. § 3553(a).

2. Defendant understands that appropriate punishment and deterrence should be included in any sentence imposed. However, the defendant asks the court to consider his history and characteristics, especially his youthful age and his lack of any criminal history. Further, the defendant asks the Court to consider his physical characteristics and his ability[1] to defend himself in prison.

3. Defendant points out that he was arrested on parallel state charges in Tuscaloosa on November 19, 2020. He remained on bond until he was arrested on the federal indictment in August of 2023. During that time, he did not reoffend, and he abided by all the conditions of his bond. Further, he was evaluated by a licensed psychologist who completed a psychosexual evaluation on

---

[1] His small physical stature would make it more difficult to defend himself from other inmates. Thus, prison would be especially dangerous for the defendant.

him. A copy of the letter from the psychologist indicating that the defendant is a low risk for sexual violence is attached.

4.      While the defendant was on bond, he also sought treatment from a Certified Juvenile Sexual Offending Counselor. A copy of the Counselor's letter is attached.

5.      Defendant submits character letters from the following people who know his character: Allie Kerns, Drew Yeager, Dennis Cayot, Anna Cayot, Laurel Grissom, Madeline Yeager, Mandy Holcomb, Julie Cayot, Mark Amick, and Ray Yeager.

6.      Defendant is waiting on the final the evaluation report from Deegan Malone, Eds., LPC, JSOCC, and will supplement this pleading upon receipt.

7.      Defendant respectfully requests that the Court recommend that he be placed in a correctional facility that is as close to his home in Louisville, Kentucky as possible and where he can receive sexual offender treatment.

RESPECTFULLY SUBMITTED,

/s/ John C. Robbins
John C. Robbins, ASB-5635-i70j
Attorney for Defendant

**OF COUNSEL:**
ROBBINS LAW FIRM
2031 2nd Avenue North
Birmingham, Alabama 35203
(205) 320-5270

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing via electronic filing this the 19th day of July, 2024.

/s/ John C. Robbins
Of Counsel

**Dennis E. Wagner, Ed.D.**
Licensed Psychologist

1806 Richmond Drive
Louisville, Kentucky 40205-1410
502-718-9114
Decy1@aol.com

July 27, 2023

Aden Yeager
11303 Coolhouse Court
Louisville, Kentucky 40223

Mr. Yeager:

I have been asked to address my professional involvement with you. Between December 2020 and February 2021 we completed a psychosexual evaluation. The report of the results of that evaluation was sent to your lawyer, Joel Sogol.

Between March 2021 and June 2021 we met for four sessions in supportive counseling to address your adjustment to your legal involvement and social relationships. Though dealing with rejection by some friends and some family members, you, for the most part, felt supported by most people of significance to you and were open to developing new relationships. You applied to Indiana University Southeast to resume your academic career and continued to work to generate money to support yourself. We discussed some of your personal dynamics that contributed to problems in your life.

In May and July 2022, we had three additional sessions. You spoke of working with another therapist to deal with the stress of school and court. There was more discussion of insights into your personal dynamics and difficulty in expressing particular emotions. Overall, your adjustment seemed stable but with the abiding stresses of your legal situation.

Your risk of recidivism was addressed in the 2020-2021 evaluation report. That evaluation suggested a low risk for sexual violence. Additional information since then does not alter that conclusion.

Sincerely,

Dennis E. Wagner, Ed.D.
Licensed Psychologist

To Whom It May Concern,

I am a Certified Juvenile Sexual Offending Counselor, Clinical Social Worker and Marriage and Family Therapy Associate.

I was trained through the Juvenile Sexual Offending Counseling Certification Program (JSOCCP) and was trained in using the Juvenile Sexual Offending Counseling Curriculum

I received my master's degree in social work, with a specialization in Couples and Family Therapy at the University of Louisville's Kent School of Social Work.

Aden Yeager has been seeing me, as a client, for counseling services since January 6, 2022. He first saw me on a weekly basis and moved to seeing me on a biweekly basis.

All efforts to begin therapeutic services, both with the client, Aden, and his mother, Julie Cayot, were prompt and done with a communicated desire to be engaged through the process.

Throughout treatment, Aden has been prompt in communication when scheduling appointments and arriving on time for each session.

Julie Cayot has been involved in therapy throughout the process, meeting with me individually when needed and keeping me informed on changes in relation to the case and therapeutic goals.

Aden has been participatory in every therapeutic session, engaging with interventions and with activities related to the identified therapeutic goals and objectives.

In sessions, Aden has been engaged and willing to process through both progress toward goals, as well as potential obstacles and areas of growth as well.

I have observed progress throughout Aden's time therapy as he has worked to improve within our therapeutic objectives.

I believe continued treatment would benefit Aden's progress and overall development as a productive and safe member of society.

Jason Allen, MSW, CSW

Certified Juvenile Sexual Offender Counselor

Marriage and Family Therapy Associate

Signature: **Jason Allen** Digitally signed by Jason Allen
Date: 2023.07.30 22:44:51 -04'00'      Date: _____

May 25, 2024

The Honorable Judge L. Scott Coogler
United States District Court
1729 5th Avenue North
Birmingham, AL 32503

Dear Judge Coogler:

I am the father of Aden Willis Yeager. As a parent of three boys and one girl, I understand and deeply regret the anxiety, embarrassment, and heartache this has caused all parties involved. I also would like to say how much I regret that you must address this case, and I sincerely appreciate your time reading my letter.

I was raised in an era before computers, cell phones, and social media. However, we were taught the values of honesty, respect, law-abiding, and caring for others. Looking back, I was naive about the dangers of cell phones and computers used by our children without proper filters.

Everyone considered Aden to be the perfect child and young man. He was polite, helpful, and respectful to everyone, especially the elderly. He was always volunteering for school community projects, clearing snow from his grandparents' drive and the drives of elderly residents for free around his home, and working for the church nearly every Sunday.

We once asked what he wanted for Christmas, and his reply was, "Please give any gifts for me to my friend at Our Savior Lutheran School. He has just lost his dad, and he and his mom are having a difficult time."

Aden never asked for anything extravagant, as he probably knew at an early age that his mother and I were struggling financially due to a divorce and failed business. His drive and motivation to excel in his studies allowed him to earn a full scholarship to Trinity High School, where he was a national merit student at the top of his class. Aden's ACT and SAT scores were very high, earning him a full-ride scholarship in aeronautical engineering to a school he loved, Alabama.

Aden had to grow up while his mother had to battle both breast and ovarian cancer continuously. During this time, he tried to help with any chores and assist in any way he possibly could. Just before Covid hit, his stepfather had a hemorrhagic stroke that left his right side paralyzed, and he was not expected to live out the year. Aden was very close to his stepfather, possibly closer to him at that time, as I was traveling around the country managing commercial construction projects and being a Director at the Sycamore Springs Mental Wellness and Addictions Hospital in Lafayette, Indiana.

Aden has never been in any kind of trouble, no traffic tickets, no drinking or drugs. Even when arrested, he stated, "I cooperated as I did not think that I had violated any laws."

During Aden's initial arrest in Alabama during the COVID lockdown, he wholly and promptly cooperated with law enforcement, furnishing his cell phone password and voluntarily meeting with FBI investigators.

For the nearly three years Aden was out on bond after being arrested in Alabama, he stayed with me or his mother. He was never late with his weekly report to his bail bonds contact person and notified his attorney, Joel Stogel, anytime he was temporarily visiting his mother.

During this almost 3-year period, he was allowed access to computers and cell phones at work and home and never did anything improper online while out on bond. We allowed this because we wanted him to prove he was on the right track with us, knowing he was most assuredly being monitored by law enforcement.

Aden not only worked an average of 25 hours weekly managing the advertising, bookwork, and conducting the sales for my business but continued to take college courses full-time until the time he was arrested on federal charges.

For nearly 25 years, I owned a business that had sales to law enforcement agencies and owned a firearms training facility where many city, county, and federal agencies trained. I am still a firearms instructor trainer on an as-needed basis with the Kentucky Criminal Justice Department. During this time, I was once in a position to help save the life of a federal judge here in Louisville from an assassination attempt. I went undercover for ATF Agent Mike Scanlon to facilitate the sale of an illegal silencer to the potential attacker. Agent Scanlon and I continued the process until the targets were both arrested during their attempt. Now, I can only hope and pray that karma somehow comes back to help our family in this trying time.

Aden is not only my son but also my best friend. I am now 70 and pray to have my son back as soon as possible, as his mother, stepfather, and I do not have many years left.

Your consideration is greatly appreciated.


Sincerely,
Ray Yeager
502 262-3868

The Honorable Judge L. Scott Coogler
United States District Court
1729 5th Avenue North
Birmingham, AL 32503

Dear Judge Coogler,

There is probably no more fitting day for me to write about my son, Aden, than Mother's Day. This is my first Mother's Day without him, and while it may seem trivial compared to everything else, it is an unbearable day. To understand my son and his character, you must also know about me, which is uncomfortable and something I've only shared with those closest. Mother's Day is significant because I never experienced it until I had my children.

Aden is 6½ years younger than his closest sibling. I was older when he was born, and he was my miracle. Three years earlier, I lost a baby and nearly my own life. The pain of losing a child is something from which you never fully recover. The realistic idea of becoming pregnant again was extremely low; however, by the Grace of God, I did, and Aden was born on November 13, 2001.

On Mother's Day, 2005, Aden was four years old. Mother's Day was always a very simple day for us. I didn't want to go out to eat or receive material presents. I just wanted to spend it with my children and do the things they enjoyed. That Mother's Day, while sitting at the table looking at the letters, notes, and pictures they had drawn for me, I flippantly said, "Always remember that Mother's Day is the most important day of the year." While my two oldest laughed, in his true character, Aden said without missing a beat, "No, it isn't, Mommy. Jesus's birthday is the most important day, and then Mother's Day."

As a young child, Aden showed compassion for people. He never saw age, race, disabilities, or those less fortunate as anything other than equals and often asked, "What can we do to help them?" Whether at church or shopping, I often had to tell him to stop holding the door for people still in the parking lot because we needed to go inside. This compassion continued throughout his life. At age 8, a boy his age in school, who he wasn't particularly close to, had home issues, and his only parent had lost her job and was struggling financially. Alex told everyone at school that he wanted a new version of a Gameboy DS, something Aden didn't have and thought was ridiculously overpriced. However, he came home, told me he didn't need anything for Christmas, and asked if we could get Alex the gift he wanted. We did, and he wanted to do so anonymously so that Alex and his mom wouldn't feel awkward around us. I didn't realize at the time how deeply Aden understood loss. This is just one example of many I could share about Aden's true character, which I have witnessed throughout his life.

Because Aden was 6½ years younger than his closest sibling, his volunteer work and help to others began at an early age. He always accompanied me when I volunteered at his siblings' schools and homeless shelters, where we collected thousands of donations of clothing, blankets, and personal products over four years. He helped distribute flyers in neighborhoods and then helped me separate and fold all the items to take to the shelter. Almost every Monday night from 5 to 8 p.m., we volunteered at a homeless shelter, handing out these items. Aden also volunteered at church for many years.

Aden lived what I felt was an ideal life until pressures from a failed business, financial struggles, and a failing marriage hit our family. When he was four, his father and I separated. I moved us out of our family home before it was foreclosed and before we filed for bankruptcy. Aden started kindergarten, I became a realtor, and for the first time, we were on our own. His father took a job out of town, limiting his time with the kids. The divorce was amicable; we used one lawyer and figured out everything ourselves. Every birthday and holiday was always spent together. I believed I had shielded my children from the detriment of divorce and bankruptcy, but I now realize how much it affected Aden. My older kids were instrumental in helping while I worked evenings and weekends. Although we went from nice vacations and not worrying about buying something on a whim to watching our spending closely, I felt my older two were the most affected by the change. Aden never wanted material things, so I didn't realize how much this affected him until a few years ago.

Aden was a great student from kindergarten through 8th grade. He attended a small Christian school with only 12 kids in his 8th-grade class. He was the only student without a cell phone at that age. Our computer was located in the main room of our home, so all his homework and computer activities were done there. At his 8th-grade graduation, Aden received his first cell phone. At 10 p.m., he would bring his phone to my room for the evening. Parents and everyone who met Aden had nothing but glowing remarks about how respectful he was to teachers, other adults, and other children in the school, especially those who didn't fit in. He always made an extra effort to help and make them feel involved. I didn't realize it then, but now I know that doing well in school and not causing problems or asking for the latest technology or clothing was his way of making life less stressful for me.

From 2012 to 2016, I underwent several surgeries for breast cancer and the removal of my ovaries due to cancer. As much as I tried to shield Aden from my sickness, I think he was affected more than I realized.

By the time Aden was ready to take his acceptance exam for Trinity High School, a college preparatory high school for boys, he was the only one at home. I had remarried in 2008, and my husband's children were older and either in college or already out, and Aden's two siblings were also out of college or out of state at college. He studied as much as he could for this exam and was in the top 10 out of over 3,500 8th-grade boys taking the test. This earned him a scholarship

to Trinity. Although money was not as significant of an issue by this point, studying for the test and earning this scholarship was his way of not burdening me.

Aden thrived at Trinity. He had many friends and was involved in the AP program. While extremely demanding, he studied and handled it beautifully. I never worried about Aden. I threw him a surprise 16th birthday party, even though he had told me not to. I called a couple of his friends, and before I knew it, many kids were coming. While popular with the girls, he always seemed more interested in his studies. At the beginning of his junior year, I noticed a slight difference in his mental state, but nothing suggesting anxiety or depression. The Trinity AP program is very demanding, and considering colleges, I thought that was what was contributing to this. He was still volunteering and doing well in school, although his grades were not as perfect as they had been. He was interested in colleges but only those that would give him a full scholarship. He knew I had always said that once Aden graduated, I would retire, as my husband had retired in 2010. I did not stop working then because I needed to provide financial support for Aden.

Aden received four 35s on his ACT. He took it four times because he wanted a perfect 36. He also received a 1570 on his SAT. He was a National Merit Finalist, allowing him to receive a full scholarship to Alabama for his MBA. He was majoring in engineering. Other colleges wanted him, but Alabama provided precisely what he wanted—no money coming out of my pocket for tuition.

On June 30, 2019, at the end of Aden's junior year, our world turned upside down when my husband had a massive hemorrhagic stroke. The bleeding was so significant that they couldn't perform surgery, and the doctor told me to prepare for a decision. At 72 hours, a decision would need to be made to let him bleed out or to perform surgery, requiring removing half of his brain. Aden, who grew up with Dennis as a strong father figure, was devastated but remained strong for me. I believe all his financial worries as a young child returned to him. He didn't want to be a financial burden to me. By the Grace of God, the bleeding stopped, and Dennis made a recovery that the doctors couldn't explain. We spent 83 days in the hospital, and I was there every day, all day, from 6 a.m. to 8:30 p.m., helping with rehab. Aden was also there during the summer days, helping. Thankfully, Aden's brother had graduated from college and returned home to stay with us. While Aden had him, he didn't have me as the constant presence he was used to. After Dennis' stroke and still not knowing how Dennis would recover, Aden told me he decided to go to Alabama. I realized then that he didn't want me to struggle with money and try to work while being a 24/7 caretaker. I should have picked up on this.

When Aden started his senior year, I wasn't as present as usual. In September 2019, I brought my husband home, and he required constant attention and therapy. Despite this, Aden always helped with whatever I needed, supporting me and his stepfather. Unfortunately, I didn't realize

that Aden was struggling with depression and mental health issues. I constantly struggle with the fact that when my child needed me the most, I wasn't there for him.

In February 2020, COVID-19 hit, and Aden's depression worsened. Since my husband was recovering from the stroke, I was terrified to let Aden go anywhere or do anything. He stayed home all the time. Many of his friends were out and meeting up, but that wasn't an option because of my husband's condition. I noticed Aden spending more time in his room, which was unusual for him, but I attributed it to boredom and inability to go anywhere and see anyone.

During this time, we needed to sell the home where Aden had spent most of his life. My husband was in a wheelchair and unable to navigate steps, so we needed a smaller house. In May 2020, during COVID-19, Aden graduated high school with no ceremony or party like his siblings. We moved, and at the new house, I allowed Aden to have a TV in his room for the first time. He started spending more time away from us and in his room. I once again thought this was because of missing his friends and being a little depressed, but nothing like what he was struggling with.

In mid-August 2020, Aden moved into his dorm and seemed happy. However, it wasn't long before his school made them take their food to their dorms, and they had limited contact because of COVID-19. Aden struggled with being away from me for the first time and worrying about me being the sole caregiver for Dennis. I kept telling him I was fine, but he constantly worried.

On November 19, 2020, six days after his 19th birthday, Aden was arrested in Alabama. I cannot explain the feeling of receiving a phone call from the police department saying your son is in jail. I was so distraught that I couldn't drive to Alabama. His father drove, and we posted bail, bringing him home the next day. Those days were ones I never wanted to experience again and wouldn't wish on anyone.

I lay with him in his room while he sobbed in my arms and wanted to end his life. He had so many regrets at that moment. I stayed with him, fearing what he might do. I tried to be strong and told him the only way to deal with this was to move forward and prove to everyone watching that he could be a productive member of society despite his horrible misjudgment. He did his best to listen to me and finished his first semester at Alabama with an A-B average. We then enrolled him at Indiana University with online courses, where he continued and finished through his junior year in May 2023.

In December 2020, we decided to meet with a Psychologist, the top person in Kentucky sex offender evaluations. This took several weeks, and he determined that Aden was at very low risk for reoffending. We also put him in weekly therapy with a private psychologist. Although the attorney didn't recommend this step, we, as a family, decided it was important. Aden participated in the ARC Program (Addiction Recovery Care), now called CROSS (Christians

Redeemed of Sexual Sin). It is a 12-step program based on AA principles. Aden also began working for his father while doing online classes.

Although it was unbelievably difficult for him, especially in the first several months after the arrest, he did everything possible to prove himself worthy of a second chance. His anxiety was apparent. Every time the doorbell rang, he had a panic attack. I spent every day and countless nights with him, holding him while he cried and expressed guilt and regret for not making different choices. I witnessed his regret turning into remorse for hurting others and the impact of his actions. He owned what he had done. He had such a deep sense of guilt and shame for causing harm. He didn't hide his mistakes but admitted them and took responsibility. I tried to help him and not let the remorse consume him. Over the next few months, I saw his willingness to learn and grow from his mistakes and do his best not to let them define him. Aden has always been empathetic, understanding the harm his actions caused others.

His remorse led him to repentance, the most important step I have seen. I am thankful that although the world and courts may not forgive him, he has God's forgiveness. He still struggles with feeling worthy of forgiveness. I remind him daily that everyone deserves forgiveness if they genuinely repent. When I became a mother, I realized unconditional love includes unconditional forgiveness. I love all my children unconditionally.

We went back and forth to Alabama state court for hearings for exactly two years, seven months, and ten days. On June 30, 2023, the U.S. Marshals arrested Aden in Louisville, KY, and charged him with the same crime as in November 2020. He had spoken with the FBI in Alabama on January 7, 2021, but he wasn't arrested then. We had no idea they had been investigating him for over 2 1/2 years and then charged him with the exact charges of November 2020.

I believe it should weigh heavily on everyone that not only was Aden in high school and between the ages of 16-18 when almost all of this happened, but after his initial arrest in November 2020, he spent the next two years, seven months, and ten days doing everything possible to show he is worthy of a second chance. During that time, he had access to an iPhone and the internet and always complied with the conditions of his release. He used that time in therapy, school work, and with his family to become a better person, understand his faults, and learn to avoid falling into this again.

Since June 30, 2023, Aden has spent his entire time in a cell, with approximately 30 minutes a day to call me and his father. As a mother, this is killing me, but Aden has not shown any anger at this situation. He shares that he is taking responsibility for his actions. We make a 10-hour drive to Alabama every other weekend, and his father goes on the opposite weekends. I am blessed to be able to provide him with commissary and phone calls. We are also blessed to provide him with books from Amazon to keep his mind active. We do Jeopardy questions during our phone calls and visits, and I keep him updated on the news and weather. I sent him books

and a Bible, so we are doing a Bible study, reading the Bible in a year, and answering daily questions. We discuss these questions, and he explains things I overlook. I have not hugged or touched my son since June 30, and I can't believe this is helping him become a productive member of society. I mean no disrespect in saying this, and I understand he is responsible and must pay for his actions. I feel blessed that Aden is in a safe place where the staff and guards are respectful and helpful to him and our family.

Aden has a strong family that will help him navigate his life both in and out of prison. His father, stepfather, and I will likely not be here if he receives a several-decades-long sentence, so I will do everything I can to make sure he has someone there to help him. Aden believes God has a plan for him. It may not be the life he thought he would have, but he is determined to make the most of it. For me, I cannot fathom never getting to touch and hug my son again.

In closing, I want you to know that I have been praying for everyone involved since the initial arrest, including the victims, their parents, the lawyers, the prosecutors, and the court personnel who will eventually oversee his case. I believe in the power of prayer because I have seen it firsthand in myself and my husband. I cannot imagine the difficult decisions you make daily. I do not know your beliefs, but if you believe in God, I ask you to pray and ask for God's guidance in sentencing my son for the mistakes he made in high school. I ask for mercy and compassion. I ask for grace so that Aden can spend time with his parents, grandparents, and the rest of his family while we still walk this earth.

Thank you for taking the time to read this letter.


Julie Cayot

June 17, 2024

The Honorable Judge L. Scott Coogler
United States District Court
1729 5th Avenue North
Birmingham, AL 32503

Dear Your Honor:

I am writing to provide further information on the defendant in this case: my younger brother, Aden Yeager.

From a glance, I see Aden as a smart, inquisitive, and thoughtful young mind, always trying to grow in his knowledge, experiences, and relationships. From a young age, I could see Aden getting my mother's and father's best qualities. From my mother, he gathered the ability to adapt and excel at anything he set his mind to and an unwavering loyalty to those closest to him. From my father, Aden received a kind heart and a curiosity not just to take what was in front of him at face value but to try and understand it at its base level. Since his early teenage years, when he came into his own, I have always thought these qualities would lead him to do great things.

As Aden began to get older, my experiences with him were limited as I was far out of state for college from 2013 - 2018. Even from a distance, I would always look forward to seeing the person he was becoming when I would return for Summers and holidays. Then, from June 2018 - 2020, I returned home for an extended period and finally had an opportunity to solidify our relationship not just as my younger brother but as a friend.

In the summer of 2018, we worked with my father in his estate sale business. It doesn't sound extraordinary, but I still vividly remember our times that summer working together. My father is not exactly the most organized person in terms of their business dealings. This would often lead to seemingly endless 10-12 hour moving days that probably could have been avoided. We would go through days like that, filling every moment talking about random facts, science, history, or anything that came to mind.

That summer, our drives were filled with laughter, and even though I had missed out on nearly his entire adolescence, in no time, it was like we were best friends. On the days of the estate sales, it always stood out to me how he got along with everyone in the room. Unlike me, he was always able to hold a conversation with anyone around. An older woman may bring up the fact that the clothes at the sale reminded her of her late husband, and Aden would end up sitting with her and having a legitimate conversation about her and her husband for twenty minutes.

After that Summer, I had the opportunity to be with Aden during his senior year of high school. I remember thinking I wanted to guide him as much as possible because I fully believed the sky was the limit for Aden. I went with him on his visits to prospective colleges and ended up taking more notes and doing more research than the rest of my family combined to help Aden access the best resources possible.

After his arrest during his freshman year at Alabama, I was in a state of shock. All the hope I had for him to succeed in his college career and beyond came crashing down in an instant. My faith in him felt betrayed, and I couldn't look at him the same way after his release on bond. However, after several months and dozens of conversations, I realized I had never heard him deflect blame, make excuses, or anything of the sort. If I was in the same shoes, I could see myself wallowing in despair and lashing out, but that was never my experience with Aden.

For the two years he was out on his initial bond, I saw him better himself and take every action possible to correct the betrayal of trust. Coming to terms with what has happened and the charges looming over his head, I decided to continue supporting him for his own sake and the good of society. Irrespective of what may come with the court case, I have committed to being there for him every step of the way. I know that when he is given the opportunity, he will shape himself into a positive contribution to my life and society as a whole.

Thank you for taking the time to read and consider my thoughts on Aden as you determine the final sentencing in his case.


Respectfully,


Drew Yeager

Dennis Cayot
1134 Peninsula St.
The Villages, FL  32162


May 20, 2024


The Honorable Judge L. Scott Coogler
United States District Court
1729 5th Avenue North
Birmingham, AL 32503

RE:   Aden Yeager


Dear Your Honor:

I am Aden's stepdad. I've been married to Aden's mother, Julie, since 2008, when Aden was seven years old. Aden lived with his mother and me until it was time for him to attend the University of Alabama in August 2020. Over those twelve years, my relationship with Aden grew into a normal stepdad relationship. Aden was an ideal son. He was always respectful and a son to be proud of since he did so well in school and his activities. Aden was always an excellent student, and he always followed the rules. His teachers always told us how pleased they were with him.

As he prepared for high school, he received a full scholarship to attend Louisville Trinity High School all four years. He was on his high school's quick-recall team, with the science category as his specialty. As a high schooler, he ran a clothing drive for a homeless shelter in Louisville and volunteered as a teacher at church. He was a conservative driver and was never stopped by the police. He never got into drugs or alcohol. As he got ready for college, he received a full scholarship to attend UA. He was an ideal young man with a bright future. Therefore, his arrest for child porn was totally out of character.

As my wife has shared, I had a massive stroke while Aden was preparing for his senior high school year. My health upset the entire family, but especially Aden. He was the last child living at home, and my health situation meant that Aden had less attention paid to him while my wife took care of me. Then COVID-19 hit in March 2020. Because of my health condition, we all had to be quarantined to keep from catching COVID-19. Aden was on his own quite a lot during COVID-19 and my rehab. This is when he started the activity that led to his arrest.

It has been three and a half years since his arrest, and Aden has been a model citizen since then. He checked in with a bail bondsman every Friday, had a job where he used a computer and a cell phone with no illegal activity, and completed college courses online at Indiana University. He is ready to start his senior year at IU. He has had 3½ years to think about what he did, that his actions hurt others, and that he must live with the consequences.

Since his arrest, Aden has lost most of his friends. None of those people will help Aden when he is out of prison. However, he still has his family support. We talk to Aden on the phone every day. A family member has visited Hoover City Jail every week, and we plan to continue this contact within the visitation rules of the federal prison. We encourage Aden that he has a future that can be rescued and that he should remain positive. He will need his family to start a new life when he gets out of prison. However, I am already 70 years old and don't know how much help I'll be able to provide, depending on my age when he is released. Aden's hope for his future will rely on his family's support.

When determining the sentence, I respectfully request you consider this being a non-contact offense, Aden's young age when he committed the crimes, his possibility for meaningful employment, and the possibility that Aden can be a productive member of society.

Sincerely,

Dennis Cayot

May 27, 2024

The Honorable Judge L. Scott Coogler
United States District Court
1729 5th Avenue North
Birmingham, AL 32503

Dear Judge Coogler,

My name is Anna Cayot, and I am Aden Yeager's older step-sister, one of four step-siblings. I was introduced to Aden when I was 14, and he was merely a four-year-old toddler. This was when his mother and my father began dating. Over the years, I have watched Aden grow from a small, inquisitive child to a tall, highly intelligent young man.

When I think back over these almost 20 years of knowing Aden, I can undoubtedly say Aden is a very trusting and honest person, perhaps to a fault. When I was a teenager and he was a young kid, he would go along with the jokes/tricks and believe the best in what we (his siblings and I) were saying. Despite having many older siblings who might have given him good reason, I have never seen him operate with ulterior motives or cruel intent. Aden exudes empathy and selflessness and continuously extends a helping hand without hesitation, never seeking recognition or praise. I've experienced it many times, in instances big and small. For example, when I abruptly needed to move out of a house that I shared with a partner, Aden was there to help with no questions asked. I was never met with judgment or angst, just support and kindness.

I am now 32 years old and a mother to an 11-year-old son – just about the age Aden was when he became an uncle to my son. Over these years, the two have shared many bonding moments, from launching science experiences to debating the best pizza place in town. He has never been irresponsible or inappropriate in the presence of my son. Aden has always remained kind, patient, and a positive role model for my son, which I know for certain is the reason the two have such a great relationship. I can wholeheartedly say Aden's kind, gentle soul is rare, and he is one of the most caring and considerate people I know.

Aden is not only kind and considerate but also very intelligent. I have many memories of him watching Jeopardy, knowing the answers or eager to research them, which I can't relate to. Aden excelled in high school, and we were excited to see how he would put that big brain of his to use in college. However, five years ago, while Aden was still in high school, my father suffered a profound stroke that nearly killed him. It affected every family member differently, but I do believe Aden experienced one of the deepest rattles of this event; his home life was immediately altered, and he was simply there to experience it with a prefrontal cortex that hadn't fully developed.

Your honor, I understand the severity of the situation and genuinely attest that these actions were deeply out of Aden's character. I do not believe his actions stemmed from malice but a lapse in judgment. I know Aden is remorseful for his actions and how they have affected the lives of many.

As a mother, I would never advocate for a lesser sentence if I did not believe it was the right thing to do in my heart. With Aden, a lengthy sentence would be detrimental to him and the whole family. I don't personally believe such a punitive measure would serve justice, promote healing, or advance Aden's rehabilitation. Instead, it would further compound the hardship already endured by everyone who cares for Aden.

Your honor, I urge you to look beyond the confines of the courtroom and into the heart of a young man whose potential eclipses his mistakes. I implore you to consider the testimonies of his character and grant him a path toward growth. His journey can be one of redemption, learning from his mistakes and emerging stronger, with the support of all who love him.

Thank you for your consideration.


Warmly,


Anna Cayot

May 14, 2024

The Honorable Judge L. Scott Coogler
United States District Court
1729 5ᵗʰ Avenue North
Birmingham, AL 32503

Dear Judge Coogler:

Greetings. My name is Allie Kerns, and I am a College and Career Counselor and Senior Capstone teacher at Trinity High School in Louisville, KY. I have known Aden Yeager since the 2018-2019 academic year.

Let me begin by saying that I understand the charges against Aden. Additionally, given my personal abuse history, I want you to know that I would not write a letter on behalf of anyone I didn't have confidence in.

I first met Aden in May 2019 when I traveled with our school's quick recall team to New Orleans, LA, for a national tournament. My first impression of Aden was that he was a bright, kind, and conscientious young man. Others will likely talk about Aden and quick recall, but as I observed him that weekend, I noticed that he was a person that other students looked to for leadership. Aden was easily able to make decisions and rarely hesitated. When other competitors answered a question, he was among the first to say, "Good job." Away from quick recall, Aden was an easy conversationalist. Many teenagers are self-focused; Aden, however, asked questions to learn about me and my family.

After that trip, Aden requested to be in my half of the alphabet for college counseling in his senior year. I had to say no because our office policy prevents us from reassigning students unless there is a severe conflict of interest. Aden accepted this gracefully, and I watched him put in significant effort to build a positive relationship with his assigned counselor. He did this successfully.

As I'm sure you're aware, Aden's stepfather, Dennis, experienced a stroke, affecting Aden's life profoundly. When I visited the hospital to see the family during the aftermath of the stroke, it was brought to my attention how hard Aden took Dennis's prognosis. This was during the time Aden was finalizing his college application plans. He seriously considered staying home to help care for Dennis rather than pursue his education at the University of Alabama. While Aden was at school during his senior year, his mother stayed at home to care for her husband. When Aden returned home from school, his mother worked as a real estate agent while Aden cared for his stepfather.

With only one parent working, Aden did his part to help the family financially. He worked about seven hours a week buying and reselling items on eBay. At the time, Aden shared that the job tested his ingenuity. He had to consider cost efficiency in shipping items. Sometimes, to ship an item, he needed to disassemble it, often without using a manual. He then wrote the assembly instructions for the item's recipient. Most teenagers wouldn't go through this trouble; Aden welcomed it, always looking for a way to problem-solve creatively. Again, most teenagers would immediately decide based on what benefits them most and is the easiest. Conversely, Aden

struggled with being away from Dennis and unable to help his mom. This proved to me again that Aden is a compassionate person.

During Aden's senior year, I had the pleasure of teaching him in Senior Capstone. Senior Capstone is designed to help students prepare for life on their own. We cover various topics ranging from goal setting to understanding credit cards and laundry stain removal. This class is pass/fail, and many students blow it off. From January to March 12, 2020, I saw Aden every other day in class for 75 minutes. Aden was among the very few students (of 58) I could count on to consistently do his assigned work and participate in class. I don't think we made it through any day of class without his comment or question. Aden's section of Capstone also had one of our Argentine exchange students for February. Aden was welcoming and always had a piece of conversation to share. Once school shut down on March 13 due to COVID-19, I met virtually with my classes every other day. Again, Aden was reliable and always attended our virtual classes.

Like students worldwide, our seniors that year had a sad end to their high school careers. Their senior prom, scheduled for March 13, 2020, was canceled the day before it was due to happen. They also didn't get a graduation ceremony. Once they left school on March 12, they were never in the same building again with their Trinity brothers. As those students transitioned into college, they were in uncharted territory – making friends at a new school while being uncertain about what would happen to their health. It was a mentally distressing time for all, especially for those in their late teens. Many students I've spoken to from the class of 2020, Aden included, have expressed how much more challenging the college transition was due to COVID-19.

Since Aden has returned to Louisville, my husband (a former teacher/coach of Aden's) and I have had two meals with Aden: once at our home and once at his home. Both times, Aden shared with us what he'd been doing since returning home. I will never forget the time we went to Aden's. He cooked chicken fried rice – questioning whether we were okay with MSG before describing that it just adds extra flavor. While cooking, Aden seemed at ease having two former teachers in his home. Our conversations always lean toward items others might consider "nerdy." This particular night, the conversation was about how amazing Excel and all its functions are, how Aden likes to be home by 7 pm so he can catch Jeopardy at 7:30, and about helping with the family antique/auction business. I've never seen someone so excited to talk about spreadsheets.

I was in shock when I learned about the charges against Aden. Frankly, I am still shocked. Having known Aden for several years, I am confident in saying that the charged conduct is entirely out of character for him. I believe that a lengthy term of imprisonment would be detrimental to Aden, his family, and his community. While in high school, Aden had a clear zest for life. Now, he is much more subdued in his interactions. Despite the charges, I firmly believe that Aden is one of the best young people I have had the opportunity to work with during my career. To reiterate, few students would sacrifice time with their friends during their senior year to work and care for an ailing parent to the level that Aden did. Please consider all the good Aden has put out into the world and how he has cared for his family while making your decision on his case. I sincerely hope that my perspective of Aden has helped you better understand the person Aden is.

Regards,
Allie Kerns

May 28, 2024

The Honorable Judge L. Scott Coogler

United States District Court

1729 5th Avenue

North Birmingham, AL 32503

Dear Judge Coogler,

I am writing on behalf of Aden Yeager. I met Aden in 2017 when he was a sophomore in my advanced chemistry class. He is a fascinating amalgam of personality types. He was both an old soul and a lighthearted teenager. He devotes himself seriously to his schoolwork but is self-deprecating and humble. He has a sarcastic wit yet is a kind, thoughtful young man.

I taught Aden for two years in advanced chemistry and then AP chemistry. I also coached him on our academic team for two years when he joined during his junior year. I'm concluding my 20th year of teaching and 18th year coaching academic teams, and I have worked with over 2,000 high school students. I am honest when I say that Aden stands out among the top students in his maturity and care for others.

Joining our academic team as a junior is unheard of. We are successful and practice four days a week, and Aden was joining a group that would win Region and feature six National Merit finalists, of which Aden was not one. But Aden committed himself to work and earned a spot as a starter his senior year.

More importantly, Aden treated his team members with compassion and support. With so much intellectual talent in the group, the guys could be pretty hard on each other, and put-downs were hurled when someone missed something. I never saw Aden crack on a teammate and would laugh off any insults sent his way. Aden had a teammate named Cade, who was a year younger, diagnosed with autism, struggled with social cues, and left practice multiple times crying because he would become overwhelmed. I saw Aden go out of his way to include Cade and be kind to him. We're an all-boys school, and outward signs of compassion like this are uncommon. I remember being touched by how Aden cared for Cade and congratulated him when he got questions correct. I have since found out that the academic team members in Cade's class ostracized a teammate for being gay (he quit the team senior year) and would make fun of Cade

behind his back. Aden's championing a neuroatypical person when he didn't have to speaks to who he is. He does good things because they're the right thing to do.

Aden worked for me in the summer of 2019 at my quick recall camp. This camp attracts over a hundred grade-school students per summer for six sessions over three weeks. I hire members of our academic team to help me run it and rely on them. Aden was outstanding. He worked three of the six sessions, and I could not have dreamed of a better assistant. By the second week, he knew what needed to be done before I told him, and by the third week, he probably could have run sessions himself. Aden possesses great promise.

Aden worked as my student aid for his community service class in the Fall of 2019. It was the first period, and sometimes, I forgot to think of work for him to do. In those instances, he took the initiative. He found work to engage in, including creating quiz sets for our quick recall team, organizing my old question bank materials, or disposing of chemicals in my lab. Even when I gave him a specific task, he was not afraid to be creative and improve my assignment. Most high school students I know will do what they're told but lack the intelligence and confidence to be creative. Aden Yeager breaks that mold.

I am aware that the charges Aden is facing are serious. As the father of two teenagers, I'm as opposed to child pornography as I would imagine any responsible person to be. Your honor, I have no doubt in my mind that Aden would not have committed these actions had he known this young woman was not 18. While his ignorance is not an excuse, hopefully, the descriptions of Aden I've shared will help show a different side of him. I know Aden to be compassionate, hard-working, and caring towards others, even those marginalized by his peers like Cade. A lengthy sentence would destroy a life that shows so much promise. Aden Yeager will contribute to our society for the better.

Since his arrest and its public nature, many of his school classmates have shunned him. I can understand that, given the charges. My wife and I have had him over for supper. We also went to his parents' house during the holidays while they were in Florida, and he cooked supper for us. In both encounters, I could see the charges' weight on him. And they should. They are serious. But Aden also seemed determined to do the best he could. He was working for his dad, organizing estate sales and helping them update their database. He cares for his stepfather, who suffered a stroke in 2019. He wants to be productive, continue his education, and lead a meaningful life. Serving a prison sentence until he's older than I am now will undoubtedly stop his life before it has even really started. But I believe with my whole heart that Aden has internalized the wrong he did. Sending him to prison and denying him his adulthood until middle

age will, I believe, remove from the world a young man who has much to give and poses no threat at all to society.

Thank you for your patience in reading my statement.


Sincerely,


Mark Amick

Louisville, KY 40214

May 20th, 2024

The Honorable Judge L. Scott Coogler
United States District Court
1729 5th Ave North
Birmingham, AL 32503


Dear Judge Coogler,

My name is Mardy Holcomb, and I wanted to write to you regarding
my nephew, Aden Yeager.

I recently retired after 43 years in the food service
distribution industry, many of those years spent in management
positions. An integral element of my role was evaluating and
hiring talent to build successful teams. Candidates were assessed
on the "3 Cs": Character, Capacity, and Commitment (in this
order). Character, trumping all other attributes, was the primary
trait I sought.

Aden has been to my home on many occasions for family functions.
He always seemed genuinely happy to be surrounded by family,
whether it was a family game night with my daughters or a family
vacation together. On one such family function, we witnessed a
person drop something between the slats of a deck that sat a few
feet off the ground. They were upset at losing their valuable
possession, and Aden jumped into action. While everyone else
shuddered at the thought of what might be lurking in the damp
darkness beneath the massive deck, Aden crawled under the
structure to retrieve their belonging. I was unsurprised as Aden
has always been polite and considerate of others and would often
lend assistance without being asked.

It is impossible to put into words how shocked and disappointed I
was when I learned of his actions, which have gotten us to this
point. It is not indicative of the character traits I have
witnessed in this young man.

Your Honor, I wanted you to hear a little more about Aden as you
make the difficult decisions ahead. As I stated earlier,
character is paramount to me. I would not ask for this
consideration if I believed he posed any further threat to
society.

Thank you for taking the time to read this letter.

Sincerely,

Mardy Holcomb

May 24, 2024

The Honorable Judge L. Scott Coogler
United States District Court
1729 5th Avenue North
Birmingham, AL 32503

Dear Judge Coogler,

I appreciate you taking the time out of your busy schedule to read my letter in support of my brother-in-law, Aden Yeager. I know you know the details of this case, but I want to provide some information that may not be contained in his court records.

I have known Aden for 8 years since I first started dating his older brother in 2016. Aden was 15 then, and I was in college pursuing my bachelor's degree in music education. As long as I have known him, Aden has shown that he is a highly intelligent individual capable of great things. I am in my 6th year of teaching, and in a way, I have seen Aden grow up in the same way I have seen many of my students grow up.

Aden has a love of board games and trivia and was on his school's quick recall team at Trinity High School in Louisville, Kentucky. I had the privilege of watching him compete successfully in tournaments in Kentucky and Louisiana, and his love of trivia has continued even now, with us going through trivia books together on our phone calls and visits. He is an intelligent young man with a never-ending thirst for knowledge and loves learning new things. He graduated from Trinity at the top of his class in 2020 with unlimited potential. At the time of his initial arrest, he was studying to be an aerospace engineer at the University of Alabama. He pivoted in response to his first arrest and was working online to earn a degree in business when he was arrested for the second time.

He is an extremely hard worker and is very entrepreneurial. Even as a 15-year-old, he would work for his dad's Estate Sale Business every weekend, during the summers, and in any other free time he had. His father trained him in the business and taught him how to run things, even leaving him in charge of the staff and inner workings of various estate sales in his father's absence. He does well in leadership roles and works well with others.

Aden has demonstrated his kindness and empathy in many ways, including to his family, friends, and community. He has shown how he treats others, his heart for service, and through his actions time and time again, that he has a great deal of empathy for those around him, and he is always willing to help however he can.

My husband and I were married in November of 2022 at an outdoor venue. During the wedding, our card box fell over, and we lost cards through the cracks in the patio, where they had fallen into the swampy marsh. Aden, in his groomsman suit, got on his hands and knees and crawled under the deck and through the swamp to get the cards back for his brother and me.

Aden has volunteered in his church, teaching weekly religious lessons for as long as I can remember knowing him. In this role, he has helped many come to Christ and supported them through their spiritual journeys.

More personally, I faced some difficulties back in 2020, and even when it felt like others had turned against me, Aden was gracious and understanding. He defended me against the harsh judgment of others and was my rock in my time of need.

My position in the education system offers me a unique perspective of Aden's current situation, as I have seen my students, whom I love and care for, make similar choices. My heart breaks for Aden because I know his decisions regarding this case do not represent the person he has shown he is at his core. However, I also know that his actions have serious repercussions and have harmed those around him.

While there is no denying that the actions leading me to write this letter are not things I can ever support or agree with, I also do not feel that they represent the character Aden has displayed throughout his life. I do not believe Aden will ever again re-offend. Conversely, I know in my heart that Aden will use this experience to find ways to bring some good to the world and positively impact those he comes into contact with in the future. I sincerely hope that one day, we will be able to better educate our teenagers and young adults on the effects of their actions on the internet and can eradicate this kind of crime.

In summary, I humbly ask that you consider the following when determining your sentence:

● Aden was 16-18 years old when he committed his crimes. He has been honest with his actions and never tried to deny or lessen what he did. We are still studying how the internet, cell phone usage, and social media affect developing brains as they navigate young adulthood. I pray these factors are considered when evaluating his crimes and their toll on others.

● I know Aden feels significant guilt, shame, and regret for his actions, along with remorse for how his choices have affected the victims and their families in addition to his own family. He will live with those feelings now and for the rest of his life.

● While Aden is facing severe repercussions for his actions, his family also must serve his sentence with him, albeit in a different manner. For this reason, I beg the court for mercy. His grandparents are already nearing 90 and will not likely see his release. Similarly, his parents are aging and desperately want to not only be with him but also support him upon his release from prison.

● Although he is young, it has been my experience that Aden has demonstrated a lifetime of good character leading up to this. I believe this was a horrible lapse in his judgment and developing brain, and it genuinely does not reflect who Aden is. Upon his release, I know that he will make significant positive contributions to society.

Thank you so much for your time. I ask once more that you consider these things as you prepare your judgment. I hope my words can aid you in finding a resolution that helps all those affected find peace and closure.

Madeline Yeager

Director of Bands, Tri Jr. Sr. High School

May 27, 2024

The Honorable Judge L. Scott Coogler
United States District Court
1729 5th Avenue North
Birmingham, AL 32503

Dear Judge Coogler,

I am writing on behalf of my friend, Aden Yeager. As I graduated college on May 3rd, 2024, I am still deciding between attending law school and accepting a job in finance at a private equity investment firm.

I first met Aden in a freshman Introduction to Aerospace Engineering I class in Fall 2020, where we teamed up to build a model plane together. To be frank, I had no idea what I was doing, but this sort of project came naturally to Aden. From the design choices about the shape to the material we used, Aden included me in every bit of the design process. We designed the plane together, and even when he knew my ideas would not work as well as intended, he took the time to execute the changes to my liking, then reverted the design when it did not perform in optimal ranges. He clearly performed all the extra work to make me feel as if my ideas were important and heard. We had just met during that project, but he was extremely patient with me. Aden could have quickly designed and built the plane in several hours. He always made me feel like a helpful team member, even though he used much more time and effort than he could have without my advice. This was the first time that I noticed Aden's kindness and patience. He was willing to sacrifice his time for another person to learn and feel included.

Aden was exceptionally gifted in school and would frequently answer my questions about class and explain homework problems to me. All around, Aden was an exceptional student in every manner possible. We sat together for class following our teamwork for the plane project, and eventually, we began to hang out outside of class time. This class made me my first true friend at the University of Alabama.

Little time passed before Aden and I began to frequently hang out, around 4 to 5 times a week. I grew to know Aden well, and we formed a genuine friendship. We would play Minecraft (and other games I cannot remember the names of) together in his dorm room. We spent many long nights hanging out and many early mornings walking to class together. Whenever I left Aden's dorm, if it had reached dark, he would always walk me back to my dorm, no matter the time. He was genuine and cared about my safety. He always put others before himself.

That same semester (Fall 2020), there was an incident where my phone died, and I had not alerted anyone of my whereabouts. This was unusual behavior for me, so my close friends and family became understandably concerned. Following my silence, my parents were able to get in contact with Aden, as they knew he was my best friend. He worked with the campus police to locate me and frequently updated my parents with the information he heard. After my return, he expressed the immense concern he had felt. Though I was okay, Aden put aside everything he was doing and began looking for me. He wanted to ensure nothing bad had happened and let me know he was there if I ever wanted to speak about the incident. Aden was always there to listen.

Aden has a special knack for making those around him feel very loved and important. When we first met, Aden asked when my birthday was. He only asked once, and following that question, when my birthday rolled around, he gave me the most thoughtful gift I have ever received: plant seeds for a particular variety of flowers and a hand-crafted pottery watering vessel he made himself. He only asked about my birthday once and made it a point to make that day feel special for me. He cares so deeply about the happiness of others and always finds a way to make others feel special and important.

On April 21, 2021, I went to visit Aden in Florida. We spent multiple days traveling to the Crystal River, playing golf, and swimming in the pool. I was reminded that he remained kind, caring, loving, and supportive even following his arrest. He asked about my dreams, encouraged me to pursue them, and wished me the best when I departed. I was again reminded of his patience when we played golf together, as it was my first time playing. He taught me which clubs to use and about the angle of the hit and helped me until I felt confident. It reminded me of his patient and encouraging attitude, which I have always known him to have.

Aden is the most supportive friend that I have ever found. He always wished well upon me and encouraged me to keep my head high. He cheered me up and encouraged me to get out when I felt depressed. Similarly, he gave me support when I needed it.

I know that Aden does not pose a threat to those around him. I confidently believe that his family, the community, and the world are all bettered by Aden's presence. I have never seen him act with malicious intentions, and he always puts others before himself. As I have said before, he is brilliant and has a kind heart. I know he will improve the world if given the opportunity and grace.

Having known Aden since the Fall of 2020, it is clear that these mistakes do not represent the full potential of his life. All who have met Aden are quick to notice his compassion for others, his high aspirations in life, and his eagerness to help and better the world around him.

I appreciate your consideration of my words, and I hope you understand how pivotal Aden has been in the trajectory of my life. Without him, I would never have learned compassion and patience the way that I have. I know that many others feel the same.


Sincerely,


Laurel Grissom